

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:23cr42TBM-BWR

PAUL LEYTON PAGE and  16 U.S.C. § 703
TREVOR TRUAX  16 U.S.C. § 707(a)
  50 C.F.R. § 20.24

**The United States Attorney charges:**

On or about December 5, 2019, in Pearl River County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **PAUL LEYTON PAGE** and **TREVOR TRUAX**, aided and abetted by each other and others known and unknown by the United States, did unlawfully take migratory game birds, that is, ducks, in excess of the daily bag limit, all in violation of Title 16, United States Code, Sections 703 and 707(a); Title 50, Code of Federal Regulations, Section 20.24; and Title 18, United States Code Section 2.

DARREN J. LAMARCA
United States Attorney